THE PEOPLE OF THE STATE OF NEW YORK, Repondent,
v. HARRY ARONSON et al., Appellants.

*People* v. *Aronson*, 173 App. Div. ——, affirmed.
(Submitted May 10, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1915, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendants of the crime of larceny by obtaining property and credit by the use of a false statement, as defined in section 1293 of the Penal Law. Defendants, husband and wife, obtained the discount of certain notes, by presenting to the discounting bank a written statement representing that the wife was the owner of certain real property. It appeared that two months prior to the presentation of the statement the property had been conveyed.

*Jacob Manheim* for appellants.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.

---

JAMES J. McMAHON, Respondent, v. JEROME B. MALTBY, Appellant.

*McMahon* v. *Maltby*, 162 App. Div. 932, affirmed.
(Argued May 10, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 13, 1914, affirming a judgment in favor of